IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No.      12-cr-00313-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHELLE COLLIER,

        Defendant.

_____

### ORDER EXONERATING BOND

_____

        This criminal action has proceeded to sentencing and a final judgment and conviction, and the

defendant was remanded to the custody of the United States Marshal at sentencing, or has self-

surrendered to the designated facility, as confirmed by the United States Bureau of Prisons.  As a result,

all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the

defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

        **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if

applicable, are released.  It is further

        **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be

released by the clerk of the court, or a designated deputy, to the surety or the defendant.

        DATED this 9th day of May, 2013.

                                **BY THE COURT:**

                                _Marcia S. Krieger_
                                _____

                                Marcia S. Krieger
                                Chief United States District Judge